**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-6301**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MARC PIERRE HALL, a/k/a Marc Valeriano, a/k/a Fella,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Frank D. Whitney, District Judge.  (3:95-cr-00005-FDW-1)

_____

Submitted:  March 4, 2024                    Decided:  March 8, 2024

_____

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Marc Pierre Hall, Appellant Pro Se.  Amy Elizabeth Ray, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marc Pierre Hall appeals the district court's order granting in part his motion for a sentence reduction under § 404(b) of the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194, 5222, and his motions for compassionate release under 18 U.S.C. § 3582(c)(1)(A).  Limiting our review of the record to the issues raised in Hall's informal brief, *see* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014), and finding no reversible error, we affirm the district court's judgment, *United States v. Hall*, No. 3:95-cr-00005-FDW-1 (W.D.N.C. Feb. 28, 2022).  We deny as moot Hall's motion for reconsideration of our order placing his appeal in abeyance.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*